Dismissed and Opinion filed January 29, 2004









Dismissed and Opinion filed January 29, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01249-CV

____________

 

EMERALD MEDICAL SERVICES, INC.,
Appellant

 

V.

 

COMPUTER CONCEPTS MANAGEMENT,
L. P., Appellee

 



 

On Appeal from the 215th District
Court

Harris County, Texas

Trial Court Cause No.
02-54487

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed October 7,
2003.  The clerk=s record was filed on December 2,
2003.  No reporter=s record was filed.  No brief was filed.

On January 13, 2004, appellee filed
a motion to dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.

Appellee's motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed January 29, 2004.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.